```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE,                           :
                                             :
                        Plaintiff,           :
     -against-                               :         **ORDER**
                                             :         19- CV- 11686 (PAE) (KNF)
TELEGRAPHE RESTAURANT LLC AND                :
625 OWNERSHIP LLC,                           :
                                             :
                        Defendants.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

Based on Docket Entry No. 17, the initial pretrial conference scheduled previously for April 8, 2020, is cancelled.

Dated:  New York, New York           SO ORDERED:
        March 20, 2020

                                     _____
                                     KEVIN NATHANIEL FOX
                                     UNITED STATES MAGISTRATE JUDGE